[Sac. No. 560.   Department Two.—December 29, 1899.]

WILLIAM T. MILLER et al., Respondents, v. J. O. CARLISLE et al., Defendants.   PAUL H. BOGGS, Appellant.

MECHANICS' LIENS—INVALID CLAIMS OF LIEN—SEVERAL DEMANDS BELOW JURISDICTION—JOINT PERSONAL JUDGMENT.—A joint personal judgment in excess of three hundred dollars, in favor of several plaintiffs, in an action to enforce mechanics' liens, where the several demands of each lien claimant were less than three hundred dollars, and the claims of lien were found invalid, held erroneous, and not within the jurisdiction of the superior court, upon the authority of *Miller v. Carlisle, ante,* p. 327.

APPEAL from a judgment of the Superior Court of Butte County.   John C. Gray, Judge.

The facts are stated in the opinion of the court and in the opinion rendered in the case of *Miller v. Carlisle, ante,* p. 327.

Nicoll & Orr, for Appellant.

Warren Sexton, for Respondents.

THE COURT.—This appeal is by the defendant Boggs from the personal judgment in the action rendered against him and his codefendant Carlisle. The facts necessary to an understanding of the case are stated in the opinion rendered on the appeal (Sac. No. 584, *ante,* p. 327) from the order denying the motion of Carlisle for new trial. For the reasons there given it appears that the court below had no jurisdiction to render the judgment appealed from; the judgment is also erroneous in that it awards a recovery in favor of the plaintiffs jointly, their demands being several; it is therefore reversed.